**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 28, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00544-CV

---

### COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC, Appellant

### V.

### INTERNET MACHINES, LLC, STEVEN C. SEREBOFF, FRANCES P. KNUETTEL, II; INTERNET MACHINES MC, LLC AND SOCAL IP LAW GROUP, LLP, Appellees

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-25448**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 3, 2015. On July 17, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.